FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BEVERLY LEONARD O/B/O JML, a minor child,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:16-CV-3172-JTR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 25. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Terrye Erin Shea represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 7. After considering the file and proposed order, **IT IS ORDERED:**

1. The parties' Stipulated Motion For Remand, **ECF No. 25**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) shall: (1) update the record, including an updated comprehensive pediatric review (*see* Acquiescence Ruling 04-1(9), available at https://www.ssa.gov/OP_Home/rulings/ar/09/AR2004-01-ar-09.html); (2) reassess the medical opinion evidence regarding Plaintiff's asthma in light of the findings of record that Plaintiff's asthma was poorly controlled despite being prescribed the maximum dose of asthma medication; and (3), if unable to

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 1

issue a fully favorable decision after updating and evaluating the record, hold a *de novo* hearing and issue a new decision. The ALJ may take any other actions necessary to develop the record, and Plaintiff may submit additional evidence and present additional argument.

2. **Judgment shall be entered for PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 15**, is **STRICKEN AS MOOT**.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED August 14, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 2